UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 11-00821LHK |
| v. | **ORDER RE UNOPPOSED JOINT MOTION FOR CONTINUANCE** |
| JOSEPH DEPANTE AND MATTHEW DEPANTE, | |
| Defendants. | |

Defendants' motion to continue the change of plea hearing set for Wednesday, January 11, 2012 is DENIED. The parties have failed to identify to what date they want the hearing continued. The parties should be aware that the Court disfavors a long continuance. Furthermore, ongoing plea negotiations is not a proper basis for a finding of excludable time.

**IT IS SO ORDERED**.

Dated: January 9, 2012

_____
LUCY H. KOH
United States District Judge