1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

7 UNITED STATES OF AMERICA,

8          Plaintiff,                          No. CR 11-00821LHK

9     v.                                       **ORDER RE PRO HAC VICE STATUS AND FAILURE TO REGISTER FOR E-FILING**

10

11 JOSEPH DEPANTE AND MATTHEW DEPANTE,

12          Defendants.

_____/

13

14          Neither defense counsel has applied for, or been granted, pro hac vice status in the

Northern District of California.  Counsel are ordered to do so by January 10, 2012, the day

15

before the January 11, 2012 change of plea hearing.  Counsel for defendant Matthew

16

Depante has not registered for e-filing and must do so by January 10, 2012.

17

          **IT IS SO ORDERED**.

18

Dated:  January 9, 2012

19

20                                             _____
                                               LUCY H. KOH
                                               United States District Judge

21

22

23

24

25

26

27

28