UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH DEPANTE AND MATTHEW DEPANTE,<br><br>    Defendants.<br>_____/ | No. CR 11-00821-LHK<br><br>**ORDER DENYING JOINT MOTION FOR CONTINUANCE** |

    The Court denies Defendants' Amended Unopposed Joint Motion for Continuance. Defense counsels' request for more time for plea negotiations is not a sufficient basis for the Court to find excludable time. If defense counsel need additional time for investigation or research, they should so state in a Second Amended Motion. It is also unclear whether counsel for Defendant Joseph Depante is requesting a finding of excludable time based on continuity of counsel because she provides no dates for her travel to Orlando or Colombia.

    Defendants propose a continuance to a Thursday or Friday. This Court holds its weekly criminal calendar on Wednesdays at 10 a.m. In a Second Amended Motion, defense counsel shall state whether they are available on Wednesday, February 8, 2012 at 10 a.m. for the Status Conference/Change of Plea Hearing in this case.

    In a Second Amended Motion defense counsel shall also provide a proposed order.

    The parties shall file their Second Amended Motion by 9:00 a.m. on Wednesday, January 11, 2012.

    **IT IS SO ORDERED**.

Dated:  January 10, 2012

_____
LUCY H. KOH
United States District Judge