MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    Email: michelle.kane3@usdoj.gov

Attorneys for the United States of America

**FILED**

JUL - 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSEPH DEPANTE and<br>MATTHEW DEPANTE,<br><br>    Defendants. | No. CR 11-00821 DLJ<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO UNSEAL PLEA<br>AGREEMENTS |

    The United States, together with defendants Joseph Depante and Matthew Depante, by and through their respective counsel, hereby stipulate that the Plea Agreements for defendants Joseph Depante and Matthew Depante, filed February 22, 2012, should be unsealed. The parties

//

UNSEALING STIPULATION AND ORDER
U.S. V. DEPANTE, ET AL., CR 11-00821 DLJ



agree that there is no longer any justification for maintaining the Plea Agreements under seal.

IT IS SO STIPULATED

Dated: July 21, 2011.  Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MICHELLE J. KANE
Assistant United States Attorney

_____
SUSY RIBERO-AYALA
Counsel for defendant Joseph Depante

_____
RICHARD J. PREIRA
Counsel for defendant Matthew Depante

## ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Plea Agreements for defendants Joseph Depante and Matthew Depante in this matter be unsealed and placed on the public docket.

IT IS SO ORDERED

Dated: June ___, 2012.

_____
D. LOWELL JENSEN
United States District Judge

UNSEALING STIPULATION AND ORDER
U.S. v. DEPANTE, ET AL., CR 11-00821 DLJ