1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       Email: michelle.kane3@usdoj.gov
8
   Attorneys for the United States of America

**FILED**
JUL 17 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00821 DLJ |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO UNSEAL AMENDED INFORMATION [DOCKET #28] |
| v. | |
| JOSEPH DEPANTE and MATTHEW DEPANTE, | |
| Defendants. | |

The United States, together with defendants Joseph Depante and Matthew Depante, by and through their respective counsel, hereby stipulate that the Amended Information for defendants Joseph Depante and Matthew Depante, filed February 22, 2012, should be unsealed.

//

UNSEALING STIP. AND [PROPOSED] ORDER
U.S. v. DEPANTE, ET AL., CR 11-00821 DLJ

1 | The parties agree that there is no longer any justification for maintaining the Amended
2 | Information under seal.
3 | IT IS SO STIPULATED
4 | Dated: July ___, 2012.

Respectfully submitted,

MELINDA HAAG
United States Attorney

**MICHELLE J. KANE**
MICHELLE J. KANE
Assistant United States Attorney

Dated: July ___, 2012.

SUSY RIBERO-AYALA
Counsel for defendant Joseph Depante

Dated: July ___, 2012.

RICHARD J. PREIRA
Counsel for defendant Matthew Depante

## ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the Amended Information for defendants Joseph Depante and Matthew Depante in this matter be unsealed and placed on the public docket.

IT IS SO ORDERED

Dated: July 12, 2012.

D. LOWELL JENSEN
United States District Judge

UNSEALING STIP. AND [PROPOSED] ORDER
U.S. V. DEPANTE, ET AL., CR 11-00821 DLJ

2