

*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*　　　　　　　　*(510) 637-3680*
*Oakland, California  94612*　　　　　　　　*FAX:(510) 637-3724*

October 10, 2012

VIA E-FILING

The Honorable D. Lowell Jensen
United States District Judge
Northern District of California
280 South 1st Street
San Jose, California 95113

　　　　*Re: U.S. v. Depante, et al., CR 11-00821 DLJ*.

Your Honor:

At the July 12, 2012, sentencing hearings for Joseph and Matthew Depante, the Court set a restitution hearing for October 11, 2012, in accordance with 18 U.S.C. § 3664(d)(5). The government submitted its supplemental sentencing memorandum regarding restitution and supporting documentation in advance of that hearing, on October 4, 2012.

The government has consulted with Richard Preira and Susy Ribero-Ayala, counsel for the defendants, who informed me today that the defendants do not object to the proposed restitution. The government and the defendants therefore respectfully request that the Court enter an Amended Judgment specifying that each defendant shall make restitution to victim D.K. in the amount of $1,521 at the rate of $25 per month. This amount represents the defendants' individual shares of the total restitution award. The government will request that a third defendant in a related matter, upon sentencing, be ordered to pay the remaining one-third share.

The government agrees, based on the information in the presentence report, that the defendants do not have the ability to pay interest, and that interest should therefore be waived for the restitution.

The government will provide any necessary contact information for D.K. directly to the Court *in camera.*

                                                          Sincerely,

                                                          MELINDA HAAG
                                                          United States Attorney

                                                               /s/
                                                          MICHELLE J. KANE
                                                          Assistant United States Attorney

Copy to:      Richard Preira, Esq. (Via ECF)
                    Susy Ribero-Ayala, Esq. (Via ECF)
                    Karen Mar, U.S. Probation Office (Via ECF)